# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WENDY ANN SCHULTZ,** | : | |
| **Petitioner** | : | |
| | : | **CIVIL ACTION NO. 3:17-1602** |
| **v.** | : | |
| | : | **(Judge Mannion)** |
| **BARRY R. SMITH,** | : | |
| **Respondents** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 20, 2019**
17-1602-01-ORDER.wpd